IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 3:19cr149HTW-FKB

ANTONIO SANCHEZ-GONZALEZ

## NOTICE OF INTENT TO PLEAD GUILTY

COMES NOW the Defendant, Antonio Sanchez-Gonzalez, by and through the undersigned counsel of record, Michael L. Scott, Assistant Federal Public Defender, and notifies the Court and the United States Attorney's office of his intent to accept the government's plea offer to fast track this case and enter a plea of guilty.

Respectfully submitted this the 26th day of September, 2019.

ANTONIO SANCHEZ-GONZALEZ, Defendant

By: *s/Michael L. Scott*
Michael L. Scott (MSB #101320)
Attorney for Defendant
Assistant Federal Public Defender
Northern & Southern Districts of Mississippi
200 South Lamar Street, Suite 200-N
Jackson, MS 39201
Phone: (601) 948-4284

## CERTIFICATE OF SERVICE

I, Michael L. Scott, do hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties of record.

This the 26th day of September, 2019.

*/s/Michael L. Scott*
Assistant Federal Public Defender
