# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                     **CRIMINAL NO. 3:19-CR-149-HTW-FKB**

**ANTONIO SANCHEZ-GONZALEZ**

## JOINT STATUS REPORT

1. **What is the Defendant's Primary language?**

   - For the Government: The defendant alleges that his primary language is Chuj.

   - For the Defendant: The Defendant's primary language is Chuj, but is able to communicate in Spanish.

2. **Where is the Defendant currently housed?**

   - For the Government: The Government understands that the Defendant is currently housed at the Tallahatchie County Correctional Facility.

   - For the Defendant: The Defendant is currently detained at the Tallahatchie County Correctional Facility in Tutwiler, Mississippi.

3. **Are the parties prepared to go to trial? If not, why not?**

   - For the Government: The Government is ready to proceed to trial with some advanced notice. The Government has 1-2 out of state witnesses.

   - For the Defendant: The Defendant wishes to enter a plea of guilty and therefore is not prepared for trial.

4. **Is the Defendant intending on entering a plea of guilty or a guilty plea combined with an expedited sentencing hearing? If so, the parties must contact the Court jointly to schedule a change of plea hearing immediately.**

   - For the Government: The Defendant has informed the Government of his intent to plead guilty.

- For the Defendant: The Defendant has filed a notice of intent to plead guilty (docket entry no. 25) and intends on combining it with an expedited sentencing hearing.

5. **What motions are outstanding? List motions and a brief synopsis.**

    - For the Government: A Motion to Dismiss is pending. The Defendant requests dismissal based on difficulty in getting an interpreter.

    - For the Defendant: The only outstanding motion is a Motion to Dismiss Indictment filed on September 10, 2019 (docket entry no. 21). The Motion seeks a dismissal based on lack of Chuj interpreters and defense counsel not being able to meet with the Defendant and appropriately discuss the plea offer and discovery materials.

6. **How long with the trial last? How many witnesses is each side intending on calling?**

    - For the Government: The Government estimates that trial will last 3 days. The Government intends to call 3-4 witnesses.

    - For the Defendant: Defense refers to the Government's estimate on trial length and does not intend to call any witnesses at this time.

7. **By the parties' estimation, how many days remain on the defendant's Speedy Trial Act clock?**

    - For the Government: The Government's estimates that 65 days remain on the Speedy Trial Act clock.

    - For the Defendant: Defense agrees with the Government's estimate.

**RESPECTFULLY SUBMITTED**, this the 26th day of September, 2019.

By:  /s/*Michael L. Scott*
     Michael L. Scott, MB# 101320
     Assistant Federal Public Defender
     Northern and Southern Districts of Mississippi
     200 South Lamar Street, Suite 200-N

Jackson, Mississippi 39201
Telephone: 601-948-4284
Facsimile: 601-948-5510
Email: Mike_Scott@fd.org

AGREED:    s/ *Christopher L. Wansley*
CHRISTOPHER L. WANSLEY
Assistant United States Attorney
Mississippi Bar Number 101097
501 E. Court Street, Suite 4.430
Jackson, Mississippi 39201
Phone: 601-965-4480

### **CERTIFICATE OF SERVICE**

I, Michael L. Scott, do hereby certify that on the 26th day of September, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties of record.

/s/*Michael L. Scott*
Michael L. Scott
*Assistant Federal Public Defender*